# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 12, 2014

Mr. David F. Hansma
Mantese Honigman Rossman & Williamson
1361 E. Big Beaver Road
Troy, MI 48083

Mr. Kaveh Kashef
Clark Hill
151 S. Old Woodward Avenue
Suite 200
Birmingham, MI 48009

Mr. Gerard V Mantese
Mantese Honigman Rossman & Williamson
1361 E. Big Beaver Road
Troy, MI 48083

Mr. Jonathan R. Schulz
Clark Hill
151 S. Old Woodward Avenue
Suite 200
Birmingham, MI 48009

          Re:  Case No. 14-1588, *Richard Ferri v. Scott Salaske, et al*
               Originating Case No. : 2:14-cv-10248

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                                      Sincerely yours,

                                      s/Connie A. Weiskittel
                                      Mediation Administrator

cc:  Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 14-1588

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

RICHARD FERRI

      Plaintiff - Appellant

v.

SCOTT SALASKE; PORTFOLIO SOLUTIONS, LLC

      Defendants - Appellees.

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: November 12, 2014